### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alwyn Lawrence<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>　　　　　　　　　　Movant<br>　　vs.<br>Alwyn Lawrence　　　　Debtor | NO. 15-14771 AMC |
| The Unknown Heirs, Executors and/or Administrators of the Estate of<br>Ronald Lawrence　　　　Co-Debtor<br><br>William C. Miller Esq.　　Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 28th day of August, 2018 at Philadelphia, upon failure of Debtor, Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 1761 North Peach Street, Philadelphia, PA 19131 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Alwyn Lawrence
1761 N Peach Street
Philadelphia, PA 19131

The Unknown Heirs, Executors and/or
Administrators of the Estate of
Ronald Lawrence
1761 N Peach Street
Philadelphia, PA 19131

Erik B. Jensen Esq.
1528 Walnut Street (VIA ECF)
Suite 1401
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532