United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-14771-amc
Alwyn Lawrence                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 1            Date Rcvd: Aug 28, 2018
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db             +Alwyn Lawrence,    1761 N. Peach St.,   Philadelphia, PA 19131-3321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ERIK B. JENSEN    on behalf of Debtor Alwyn  Lawrence akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alwyn Lawrence | CHAPTER 13 |
| Debtor | |
| JPMorgan Chase Bank, National Association | |
| Movant | |
| vs. | |
| | NO. 15-14771 AMC |
| Alwyn Lawrence             Debtor | |
| The Unknown Heirs, Executors and/or Administrators of the Estate of | |
| Ronald Lawrence            Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.        Trustee | |

## <u>ORDER</u>

AND NOW, this 28th day of August , 2018 at Philadelphia, upon failure of Debtor, Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 1761 North Peach Street, Philadelphia, PA 19131 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Alwyn Lawrence
1761 N Peach Street
Philadelphia, PA 19131

The Unknown Heirs, Executors and/or
Administrators of the Estate of
Ronald Lawrence
1761 N Peach Street
Philadelphia, PA 19131

Erik B. Jensen Esq.
1528 Walnut Street (VIA ECF)
Suite 1401
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532