IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Alwyn Lawrence | : | No. 15-14771-amc |
| Debtors | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that no response to the Motion to Impose Automatic Stay has been served upon me.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

Date:9/20/19         /s/ Erik B. Jensen
         Erik B. Jensen, Esquire
         *Attorney for Debtor*