THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :    CHAPTER 13
                                         :
    Alwyn Lawrence           :
                                         :
                                         :    BANKRUPTCY NO.: 15-14771- AMC

AND NOW, to wit this _____ day of _____, 2019 upon consideration of the Debtor's Motion to Impose the Bankruptcy Stay With Respect to Debtor's Real Estate at 1761 North Peach Street, Philadelphia, PA 19131, it is hereby

ORDERED and DECREED that Debtor's Motion to Impose the Bankruptcy Stay With Respect to Debtor's Real Estate at 1761 North Peach Street, Philadelphia, PA 19131 is hereby GRANTED. The Automatic Stay shall be immediately imposed.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE