United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14771-amc
Alwyn Lawrence                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 1              Date Rcvd: Sep 26, 2019
                            Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db              +Alwyn Lawrence,    1761 N. Peach St.,    Philadelphia, PA 19131-3321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ERIK B. JENSEN    on behalf of Debtor Alwyn  Lawrence akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13
                                          :
         Alwyn Lawrence                    :
                                          :
                                          :        BANKRUPTCY NO.: 15-14771- AMC

AND NOW, to wit this _____ day of _____ , 2019 upon consideration of the Debtor's Motion to Impose the Bankruptcy Stay With Respect to Debtor's Real Estate at 1761 North Peach Street, Philadelphia, PA 19131, it is hereby

ORDERED and DECREED that Debtor's Motion to Impose the Bankruptcy Stay With Respect to Debtor's Real Estate at 1761 North Peach Street, Philadelphia, PA 19131 is hereby GRANTED. The Automatic Stay shall be immediately imposed.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE