Certificate Number: 12433-PAE-DE-034804509

Bankruptcy Case Number: 15-14771



12433-PAE-DE-034804509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2020, at 10:18 o'clock AM EDT, Alwyn A. Lawrence, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 23, 2020        By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher